**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ZHONG LAW LLC and JIANLIN ZHONG, | ) | Civil Action No. 25-579 |
| | ) | |
| Non-Parties, | ) | **NON-PARTIES ZHONG LAW** |
| | ) | **LLC AND JIANLIN ZHONG** |
| v. | ) | **NOTICE OF MOTION TO** |
| | ) | **QUASH SUBPOENAS DUCE** |
| VOLKSWAGEN AG et al., | ) | **TECUM** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that, upon the attached memorandum of law and declaration of Vincent J. Rubino, III and accompanying exhibits, third-parties Zhong Law LLC and Jianlin Zhong will move this Court, at a date and time to be set by this Court, for an Order quashing the subpoenas duces tecum directed to Zhong Law LLC and Jianlin Zhong, prosecution counsel for Longhorn Automotive Group, LLC, pursuant to Rules 26(b) and 45(b)(3) of the Federal Rules of Civil Procedure, and for other and further relief as this Court deems just and proper.

Dated: December 17, 2025

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEY FOR NON-PARTIES
ZHONG LAW LLC and JIANLIN ZHONG***

i