UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHONG LAW LLC and JIANLIN ZHONG,<br><br>                Third-Party<br>                Plaintiffs,<br><br>      -v.-<br><br>VOLKSWAGEN AG and AUDI AG,<br><br>                Defendants. | 25 Misc. 579 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 22, 2025, this case was assigned to this Court, and this Court reviewed Third-Party Plaintiffs' motion to quash Defendants' subpoenas. (*See* Dkt. #1).  This Court sets the following briefing schedule: Defendants shall submit their opposition to Third-Party Plaintiffs' motion to quash on or before **January 16, 2026**, and Third-Party Plaintiffs shall submit any reply on or before **January 23, 2026**.

      SO ORDERED.

Dated:  December 22, 2025
          New York, New York

_____
     KATHERINE POLK FAILLA
   United States District Judge